MARR O'BRIEN, LTD.
PATRICIA A. MARR, ESQ.
Nevada Bar No. 008846
2470 St. Rose Parkway, Suite 304
Henderson, Nevada 89074
(702) 353-4225 (telephone)
(702) 912-0088 (facsimile)
patricia@marrobrien.com
*Counsel for Plaintiff*
BRENDA HARVEY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRENDA HARVEY, an individual, ) Case No.: 2:18-cv-01287-GMN-PAL
    Plaintiff, )
)
v. ) **STIPULATION TO EXTEND TIME**
) **FOR DEFENDANT'S RESPONSE TO**
) **PLAINTIFF'S MOTION FOR SUMMARY**
WAL-MART STORES, INC., a corporation ) **JUDGMENT**
dba SAM'S CLUB; DOES I-V, ROE )
CORPORATIONS VI-XX, inclusive, )
    Defendants. )
)

    IT IS HEREBY STIPULATED by and between the parties through their respective attorneys that Plaintiff Brenda Harvey may have additional time within which to respond to Defendant's Motion for Summary Judgment, filed March 29, 2019 as Document 11. Therefore, the last day for Plaintiff to respond to Defendant's Motion for Summary Judgment is Monday, April 22, 2019.

    This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attest that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing

1

of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

DATED this 19th day of April, 2019.    MARR O'BRIEN

   /s/ Patricia A. Marr
PATRICIA A. MARR, ESQ.
Nevada Bar No. 008846
2470 St. Rose Parkway, Ste. 304
Henderson, Nevada 89074
Counsel for Plaintiff

DATED this 19th day of April, 2019.    PHILLIPS, SPALLAS & ANGSTADT, LTD.

   /s/ Betsy C. Jefferis
BETSY C. JEFFERIS
Nevada Bar No. 12980
504 South Ninth Street
Las Vegas, Nevada 89101
Counsel for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Plaintiff, Brenda Harvey, should respond to Defendant's Motion for Summary Judgment on or before Monday, April 22, 2019.

**DATED** this  22  day of April, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT