ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant*
*Sam's West, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA HARVEY, an individual, | Case No.: 2:18-cv-01287-GMN-PAL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| WAL-MART STORES, INC., a corporation dba SAM'S CLUB; DOES I-V, ROE CORPORATIONS VI-XX, inclusive, | |
| Defendants. | |

COMES NOW, Defendant Walmart, Inc., by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby advises this Court that the parties have recently reached a settlement in the above-captioned matter.

//
//
//
//
//
//
//
//

As such, the parties anticipate the filing of closing documents shortly.  Once settlement funds are exchanged, a Stipulation and Proposed Order for Dismissal with Prejudice is anticipated to be filed shortly thereafter.

DATED on this 22nd day of April 2019.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

By: /s/ *Betsy C. Jefferis*
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
BETSY C. JEFFERIS, ESQ.
Nevada Bar No. 12980
504 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Defendant Sam's West, Inc.*

**IT IS ORDERED** that the parties shall have until May 22, 2019 to either file the stipulation to dismiss with prejudice, or a joint status report indicating when the stipulation to dismiss will be filed.

Dated: April 26, 2019

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April 2019, I served a true and correct copy of the foregoing, **NOTICE OF SETTLEMENT,** as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| PATRICIA A. MARR, LTD<br>2470 St. Rose Parkway, Suite 111<br>Henderson, NV 89074 | Phone 702-353-4225<br>Fax     702-912-0088 | Plaintiff |

*/s/ Joshua J. Kephart*
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC