1
2
3
4                    UNITED STATES DISTRICT COURT

5                        DISTRICT OF NEVADA

6                              * * *

7    BRENDA HARVEY,                          Case No. 2:18-cv-01287-GMN-BWN

8                          Plaintiff,                      ORDER

9          v.

10   WAL-MART STORES, INC.,

                                 Defendant.
11

12        This matter is before the court on the parties' Notice of Settlement (ECF No. 14) which

13   was filed April 22, 2019.  The notice advised the court that the parties had reached a settlement,

14   but did not give a timeframe on when it was anticipated that a stipulation to dismiss would be filed.

15        On May 8, 2019, the district judge automatically referred (ECF No. 17) this matter to the

16   undersigned for a settlement conference.  The undersigned scheduled the settlement conference

17   for September 19, 2019.  *See* Order (ECF No. 18).  However, the court is unsure whether a

18   settlement conference is needed based on the notice of settlement.  Accordingly,

19        **IT IS ORDERED** that the parties shall have until **July 5, 2019**, to file a stipulation to

20   vacate the settlement conference if the case has indeed settled.  The parties shall advise the court,

21   with specificity, when the stipulation to dismiss will be filed.  If a stipulation is not filed, the court

22   will keep the settlement conference as currently scheduled.

23        DATED this 20th day of June, 2019.

24

25                                                     _____
26                                                     BRENDA WEKSLER
                                                       UNITED STATES MAGISTRATE JUDGE
27

28

                                          1