1  ROBERT K. PHILLIPS
   Nevada Bar No. 11441
2  BETSY C. JEFFERIS
   Nevada Bar No. 12980
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Fax)
6  rphillips@psalaw.net
7  bjefferis@psalaw.net

8  *Attorneys for Defendant*
   *Walmart, Inc.*
9
                    UNITED STATES DISTRICT COURT
10
                           DISTRICT OF NEVADA
11

12  BRENDA HARVEY, an individual,              Case No: 2:18-cv-01287-GMN-PAL

13                  Plaintiff,
    v.
14
    WAL-MART STORES, INC., A                   **STIPULATION AND ORDER FOR**
15  CORPORATION, DBA SAM'S CLUB; DOES          **DISMISSAL WITH PREJUDICE**
    I-V, ROE CORPORATIONS VI-XX, inclusive,
16
                    Defendants.
17

18       IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

19  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .

- 1 -

party's own costs and attorney's fees.

DATED this 27th day of June, 2019.

PATRICIA A. MARR, ESQ.
Nevada Bar No. 8846
PATRICIA A. MARR, LTD.
2470 St. Rose Parkway, Suite 111
Henderson, NV 89074

*Attorneys for Plaintiff*
*Brenda Harvey*

DATED this 27th day of June, 2019.

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
BETSY C. JEFFERIS, ESQ.
Nevada Bar No. 12980
PHILLIPS SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Walmart, Inc.*

### ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal with Prejudice, (ECF No. 20), is **GRANTED**.

**IT IS FURTHER ORDERED** that the above captioned matter is dismissed with prejudice, each party to bear its own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment, (ECF No. 11), filed by Defendant Wal-Mart Stores, Inc. is **DENIED as moot**.

DATED this 28 day of June, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT